UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY BOLLINI,

           Plaintiff,                                                      No.    13-cv-10136

vs.                                                                            Hon. Gerald E. Rosen

WELLS FARGO BANK, N.A., and
FANNIE MAE,

           Defendant,
_____/

## JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on May 29, 2013

PRESENT: Honorable Gerald E. Rosen
United States District Chief Judge

The Court having this date entered a Memorandum Opinion and Order granting Defendants' Motion to Dismiss, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT OF DISMISSAL, WITH PREJUDICE, be and hereby is entered.

Dated:  May 29, 2013          s/Gerald E. Rosen
                                            Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 29, 2013, by electronic and/or ordinary mail.

                                      s/Julie Owens
                                      Case Manager, (313) 234-5135