UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY BOLLINI,

       Plaintiff,                               Case No. 13-10136

v.                                                             Hon. Gerald E. Rosen

FEDERAL HOME LOAN MORTGAGE
CORPORATION,

       Defendant.
_____/

## JUDGMENT AGAINST PLAINTIFF'S COUNSEL EMMETT GREENWOOD AND IN FAVOR OF PLAINTIFF ANTHONY BOLLINI

     In conjunction with its May 29, 2013 order of dismissal of this action, the Court directed Plaintiff's counsel, Emmett Greenwood, to "immediately refund to his client," Plaintiff Anthony Bollini, "any monies paid by Mr. Bollini to Mr, Greenwood in connection with Mr. Greenwood's representation of Mr. Bollini in this case," and to file a statement with the Court within fourteen (14) days "attesting that he had complied with the Court's directive by refunding the full amount he has received from Mr. Bollini in connection with this case." [*See* Dkt. # 8, 5/29/2013 Memorandum Opinion and Order at 6].

     No statement of compliance was ever filed by Mr. Greenwood. Then, by letter dated June 19, 2013, Mr. Bollini informed the Court that he had not been refunded any portion of the $2,100.00 he had paid to Mr. Greenwood. [*See* Dkt. # 10]. Therefore, the Court issued an order on July 15, 2013, directing Plaintiff's counsel Emmett Greenwood

to appear before the Court on July 24, 2013 and show cause why he should not be held in contempt of court for failing to comply the directives set forth in this Court's May 29, 2013 order.

At the July 24 hearing, Mr. Greenwood acknowledged that he had not refunded any amounts to his client because he lacked the funds to do so. However, rather than initiate contempt proceedings (because such a course of action was unlikely to enhance the prospect that Mr. Greenwood would eventually make the payments called for under the Court's order), the Court determined that the best course of action was to proceed as it had in another of Mr. Greenwood's cases, *Wicht v. Federal Home Loan Mortgage Corp.*, No. 12-12965, and enter a judgment against Mr. Greenwood and in favor of his client, Mr. Bollini, in an amount equal to the full amount paid by Mr. Bollini to Mr. Greenwood in connection with this case, so that Mr. Bollini may then avail himself of any processes or procedures authorized under the law for collecting this judgment. Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that a JUDGMENT be entered against Plaintiff's counsel, Emmett Greenwood, and in favor of Plaintiff Anthony Bollini, in the amount of $2,100.00, plus any postjudgment interest and costs allowed by law.

Dated: July 24, 2013          s/Gerald E. Rosen
                                          Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 24, 2013, by electronic and/or ordinary mail.

                                          s/Julie Owens
                                          Case Manager, (313) 234-5135